Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

J. RUSSELL WHITE, Appellant, *v.* RICHMOND LIGHT AND RAILROAD COMPANY et al., Respondents.

*Contract — warranty — action to recover for breach of alleged warranty to furnish and install an electric oven that would refine camphor — insufficiency of evidence to establish warranty.*

*White* v. *Richmond Light & R. R. Co.*, 217 App. Div. 90, affirmed. (Submitted February 25, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1926, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover for an alleged breach of warranty. The complaint alleged that plaintiff entered into a contract with defendants whereby the latter agreed to construct and furnish to plaintiff parts for an electric oven which would refine camphor; that thereafter defendants delivered and installed the oven but that it failed to work properly and failed to refine camphor, by reason of which plaintiff was damaged. The complaint was dismissed on the grounds that plaintiff's evidence failed to establish a warranty, express or implied; that the entire transaction was an experiment; that plaintiff was an expert on the subject of refining camphor and did not rely upon any statements or promises of defendants' agents that the experiment would succeed. Furthermore, there was no sale of a completed apparatus which was or could be the subject of warranty.

*Henry S. Miller* for appellant.

*Bertram G. Eadie* and *Daniel G. Brennan* for Richmond Light and Railroad Company et al., respondents.

Prepared by State Reporter from Appeal Papers

*John C. Rowe* and *Herbert H. Flagg* for General Electric Company, respondent.

*Howard M. Park* and *Frederick W. Park* for Young Brothers Company et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: ANDREWS. J.

---

JACOB REICHERT, Respondent, *v.* EDWARD A. McQUADE et al., Defendants, and JAMES A. McQUADE, Appellant.

*Appeal — failure to file undertaking.*

Reported below, 218 App. Div. 739.
(Submitted March 28, 1927; decided March 29, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 15, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made on the ground of failure to file an undertaking as required by section 593 of the Civil Practice Act.

*Albert Conway* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant serves and files a proper undertaking, in which case motion is denied, with ten dollars costs to the respondent.

---

WOLF MARKS, Respondent, *v.* NAMBIL REALTY Co., INC., Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 763.
(Submitted March 28, 1927; decided April 5, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first